**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

FREDERICK GOODMAN,　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC # 118555

v.　　　　　　　　　　　5:12-cv-00396-JLH-JJV

EDWARD JACKSON, LPN,
Delta Unit, Arkansas Department of
Correction; *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## **ORDER**

1.　　Service is appropriate for Defendants Edward Jackson and Sgt. B. Ford.

2.　　The Clerk of the Court shall prepare Summons for Defendants.

3.　　The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2), and Summons on these Defendants without prepayment of fees and costs or security therefore.

SO ORDERED this 7th day of January, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE