**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

FREDERICK GOODMAN,                                                                               PLAINTIFF
ADC # 118555

v.                      No. 5:12CV00396 JLH-JJV

EDWARD JACKSON, LPN,
Delta Unit, Arkansas Department of
Correction; *et al.*                                                           DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that defendant Tyler is DISMISSED from this cause for plaintiff's failure to state a claim upon which relief may be granted.

SO ORDERED this 28th day of January, 2013.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE