IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| FREDERICK GOODMAN, ADC # 118555 | PLAINTIFF |
| v.   No. 5:12CV00396 JLH-JJV | |
| EDWARD JACKSON, LPN, Delta Unit, Arkansas Department of Correction; *et al.* | DEFENDANTS |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that plaintiff's claims against defendant Ford are DISMISSED without prejudice and Ford is dismissed as a defendant in this matter.

IT IS SO ORDERED this 20th day of June, 2013.

*/s/ J. Leon Holmes*
———————————————
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE